# UNITED STATES DISTRICT COURT
## for the
### Brunswick Division

| | |
|---|---|
| United States of America<br>v.<br>Eric LaShawn Demery<br>aka "E" | )<br>)<br>)  Case No: 2:14CR00014-4<br>)  USM No: 18960-021 |
| Date of Original Judgment: February 17, 2015 | )  Marvin Paul Hicks III |
| Date of Previous Amended Judgment: Not Applicable<br>*(Use Date of Last Amended Judgment, if any)* | )  Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated February 17, 2015 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 16, 2015

*Judge's signature*

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Effective Date: November 1, 2015
*(if different from order date)*
*Printed name and title*