# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORG
### BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

*By casbell at 11:44 am, Mar 10, 2017*

ERIC LASHAWN DEMERY            )
                             )     CV 216-122

     v.                 )

UNITED STATES OF AMERICA      )

## ORDER

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

So ORDERED, this 10 day of March, 2017.

_____

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA